UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Civil Action Number:  6:16-cv-01471-GAP-GJK

JOEL PRICE,

    Plaintiff,

v.

PBBS OF NEW SMYRNA BEACH, INC.,
d/b/a Robbie O'Connell's Pub,

    Defendant.

## NOTICE OF SETTLEMENT

    Plaintiff, Joel Price, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a confidential settlement agreement within forty-five (45) days, parties will file a stipulated motion to dismiss this action with prejudice.

    Respectfully submitted on this 17th day of November, 2016.

                                                    *s/ Scott R. Dinin*
                                                    Scott R. Dinin
                                                    SCOTT R. DININ P.A.
                                                    4200 NW 7th Avenue
                                                    Miami, Florida 33127
                                                    Telephone: (786) 431-1333
                                                    Facsimile: (786) 513-7700
                                                    Email: inbox@dininlaw.com
                                                    *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this this 17th day of November, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Thomas J Leek, Esq.
COBB COLE
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 323-9210
Facsimile: (386) 944-7954
Email: Thomas.Leek@cobbcole.com
Michele.Staples@cobbcole.com
*Counsel for Defendant*

*s/ Scott R. Dinin*